**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61802-CIV-SMITH**

RYAN TURIZO,

        Plaintiff,

vs.

PENTAURUS PROPERTIES, LLC,

        Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 10]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED without prejudice.**

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September, 2020.

                                                                                                        RODNEY SMITH
                                                                                                       UNITED STATES DISTRICT JUDGE

cc:    All counsel of record